IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **United States *ex rel.*** )<br>)<br>**Altrach Data Solutions, LLC,** )<br>)<br>  **Plaintiff,** )<br>)<br>**v.** )<br>)<br>)<br>**The Evercare Company,** )<br>)<br>  **Defendant.** ) | **Civil Action No. 1:10-CV-461-CAP** |

## **STIPULATION**

WHEREAS, Plaintiff Altrach Data Solutions, LLC ("Altrach") filed its Complaint for False Marking against Defendant The Evercare Company ("Evercare") on February 17, 2010;

WHEREAS, Pursuant to this Court's March 30, 2010 Order, Evercare's response to Altrach's Complaint is currently due on May 10, 2010;

WHERAS Evercare disputes whether Altrach has Article III standing to bring this *qui tam* action;

WHEREAS, in Stauffer v. Brooks Bros. Inc., No. 08 Civ. 10369 (S.D.N.Y. May 14, 2009), the district court dismissed a *qui tam* relator's complaint under the False Marking Statute, 35 U.S.C. § 292;

WHERAS, the appeal from the dismissal order issued in <u>Stauffer</u> is currently pending in the United States Court of Appeals for the Federal Circuit, Appeal Nos. 2009-1428, 2009-1430, 2009-1453;

WHEREAS, the Federal Circuit's decision in <u>Stauffer</u> likely will bear upon this Court's consideration of whether Altrach has Article III standing to bring this *qui tam* action;

WHEREAS, Altrach will not be prejudiced by staying this case until <u>Stauffer</u> is decided by the Federal Circuit;

Defendant Evercare and Plaintiff Altrach hereby STIPULATE to the following:

1. The parties agree that a stay of proceedings pending the resolution of <u>Stauffer</u> by the Federal Circuit will simplify the issues in this case and conserve judicial resources;

2. The above-captioned action should be stayed and placed on the Court's suspense docket pending resolution of <u>Stauffer</u> by the Federal Circuit;

3. The parties will advise the Court of the outcome in <u>Stauffer</u>;

4. Evercare's responsive pleading to Altrach's Complaint shall be due thirty (30) days after the Court lifts the stay in this case.

SO STIPULATED.

Dated: April 26, 2010        DLA PIPER LLP (US)

By /s/ Paul N. Monnin
    PAUL N. MONNIN

*Attorney for Defendant*
*The Evercare Company*

Dated: April 26, 2010        ALTRACH DATA SOLUTIONS, LLC

By /s/ Jeffrey. P. Leonard
    JEFFREY P. LEONARD

*Attorney for Plaintiff*
*Altrach Data Solutions, LLC*

Dated: April 26, 2010

Respectfully submitted,

DLA PIPER LLP (US)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 736-7800
Facsimile: (404) 682-7800
paul.monnin@dlapiper.com


By /s/ Paul N. Monnin
   PAUL N. MONNIN

   Georgia Bar No. 516612
   *Attorney for Defendant*
   *The Evercare Company*