UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* ALTRACH DATA SOLUTIONS, LLC, <br><br>    Plaintiff, <br><br>  v. <br><br>THE EVERCARE COMPANY, <br><br>    Defendant. | CIVIL ACTION <br><br> NO. 1:10-CV-461-CAP |

**O R D E R**

This matter is before the court on a joint motion to stay [Doc. No. 8]. Good cause having been shown, the court ORDERS as follows:

(1) The court adopts the stipulation agreed to between the parties.

(2) The above-captioned action is stayed and administratively closed pending resolution by the Federal Circuit of <u>Stauffer v. Brooks Bros., Inc.</u>, Appeal Nos. 2009-1428, 2009-1430, and 2009-1453.

(3) The parties will advise the court of the outcome in <u>Stauffer</u>, at which time the court will lift the stay and reopen the case.

(4) Evercare's responsive pleading to Altrach's complaint shall be due thirty days after the court lifts the stay in this case.

SO ORDERED, this <u>29th</u> day of April, 2010.

                                                   /s/ Charles A. Pannell, Jr.
                                                   CHARLES A. PANNELL, JR.
                                                   United States District Judge